IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| FELIX OANNY HERNANDEZ FAJARDO, | § § § |
| Petitioner, | § § |
| v. | §   CAUSE NO. EP-26-CV-256-KC |
| | § |
| PAM BONDI et al., | § § |
| Respondents. | § § |

## ORDER

On this day, the Court considered the case. Hernandez Fajardo alleges that he has been detained by ICE in the post removal order context since July 2025, that he cannot lawfully be removed to Cuba, his country of origin, and that efforts to remove him to Mexico have been unsuccessful. Pet ¶¶ 23–26, ECF No. 1. Thus, the Court found "Hernandez Fajardo likely meets his burden of providing 'good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future.' *Zadvydas*, 533 U.S. at 689–90." Feb. 3, 2026, Show Cause Order 3, ECF No. 2. And ordered Respondents to rebut this showing by either demonstrating that Hernandez Fajardo's removal is likely in the reasonably foreseeable future or deporting him. *Id.*

Respondents have filed a Response, ECF No. 4. Respondents state that Hernandez Fajardo was detained on July 9, 2025. Resp. Ex. A ("Molina Decl.") ¶ 13, ECF No. 4-1. Yet, Respondents had received notice, on May 25, 2025, that Cuba refused to accept Hernandez Fajardo for repatriation. *Id.* ¶ 12. On September 4, 2025, Respondents sought to remove Hernandez Fajardo to Mexico, but he refused. *Id.* ¶ 18. Despite the Cuban government's recent rejection of Respondents' request to return him to his country of origin, Respondents apparently

renewed their request because they state that "a nomination response from the Cuban government" remained pending on November 6, 2025, and January 12, 2026.  *Id.* ¶¶ 22, 25.  Also in November, Respondents had a "fear packet pending to be sent to USCIS for third country screening." *Id.* ¶ 23.  This "fear packet" has now been pending internally for about two months.  Thus, aside from the renewed request to the Cuban government, all efforts to remove Hernandez Fajardo remain pending internally.  And Respondents have had no indication that Hernandez Fajardo can be removed to Cuba—quite the opposite; the only response from the Cuban government came before Hernandez Fajardo was even detained and refused to accept him.  Nevertheless, since it appears that Respondents are taking some steps to effectuate Hernandez Fajardo's removal, the Court does not yet find that there is no significant likelihood of doing so in the reasonably foreseeable future.  However, Respondents are cautioned that they must continue to take concrete steps towards removing Hernandez Fajardo.

Accordingly, Respondents are **ORDERED** to **FILE** a status report, by **<u>no later than March 4, 2026</u>**, detailing:

(1) The status of Hernandez Fajardo's "nomination response" with Cuba,

(2) The status of Hernandez Fajardo's third country fear packet, and specifically whether it has been submitted internally to USCIS, and

(3) The anticipated timeline for Hernandez Fajardo's removal from the United States.

3

**SO ORDERED**.

**SIGNED this 17th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE