# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **FELIX OANNY HERNANDEZ FAJARDO,** § § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-26-CV-256-KC** |
| § | |
| **PAM BONDI et al.,** § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 17, 2026, the Court ordered Respondents to file a status report detailing the status of Hernandez Fajardo's "nomination response" with Cuba, the status of his third country fear packet, and to provide a timeline for his removal from the United States. Feb. 17, 2026, Order, ECF No. 7.

Respondents now state that Cuba has once again declined to accept Hernandez Fajardo for deportation. Status Report Ex. A ("Salazar Decl.") ¶ 5, ECF No. 11. But that U.S. Citizenship and Immigration Services issued a "negative fear finding as to Mexico." *Id.* ¶ 6. Thus, "ERO El Paso will again attempt removal to Mexico on March 6, 2026." *Id.* ¶ 10. It appears that Respondents are taking steps to effectuate Hernandez Fajardo's removal.

Accordingly, Respondents are **ORDERED** to **FILE** a status report, by **no later than March 9, 2026**, detailing:

(1) Whether Hernandez Fajardo was removed to Mexico,

(2) If not, what obstacles remain in effectuating Hernandez Fajardo's removal, and

(3) The anticipated timeline for Hernandez Fajardo's removal from the United States.

**SO ORDERED**.

**SIGNED this 5th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE