IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FELIX OANNY HERNANDEZ FAJARDO, | § § § | |
| Petitioner, | § § § | |
| v. | § | CAUSE NO. EP-26-CV-256-KC |
| PAM BONDI et al., | § § § | |
| Respondents. | § § § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On April 1, 2026, the Court ordered that Respondents release Hernandez Fajardo from custody, under reasonable conditions of supervision. Apr. 1, 2026, Order, ECF No. 23. Respondents now inform the Court that Hernandez Fajardo was released. Status Report, ECF No. 26; *see id.* Ex. A ("Order of Supervision"), ECF No. 26-1.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Apr. 1, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 7th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE